**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**MATTHEW A. TOBIN,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-248-AW-MJF**

**MAILROOM GRCF, et al.,**

**Defendants.**

_______________________________/

# ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff is a pro se prisoner. He alleges that prison officials have been tampering with his mail in violation of his constitutional rights. The magistrate judge issued a report and recommendation concluding the court should dismiss because Plaintiff is a three-striker who has not alleged imminent danger of serious physical injury. ECF No. 6. Plaintiff filed objections (ECF No. 8), and I have considered de novo the issues he raised.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. Plaintiff, who has not paid the filing fee, does not dispute the fact that he has three strikes. He argues instead that the deprivation of First Amendment freedoms constitutes irreparable injury. But to avoid dismissal, he needed to plead facts showing he faces danger of *physical* injury. 28 U.S.C. § 1915(g). He has not done that.

The motion for leave to proceed *in forma pauperis* (ECF No. 2) is DENIED. The clerk will enter a judgment that says, “This case is dismissed without prejudice for failure to pay the filing fee.” The clerk will then close the file.

SO ORDERED on November 4, 2026.

s/ *Allen Winsor*
Chief United States District Judge